# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )

                    Plaintiff,          )

                               )

vs.                                      )

DAMIR VUCIC,                             )

                    Defendant.          )

Case No. 2:15-cr-00332-KJD-NJK

ORDER

(Docket No. 27)

Pending before the Court is Defendant's counsel's motion to withdraw. Docket No. 27. The Court hereby **SETS** a hearing on the motion for May 23, 2016, at 11:00 a.m. in Courtroom 3D. Defendant and counsel must be present.

IT IS SO ORDERED.

DATED:   May 20, 2016.

NANCY J. KOPPE
United States Magistrate Judge