# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

               Plaintiff,

v.

Damir Vucic

               Defendant.

JUDGMENT

Case Number: 2:15-cr-00332-KJD-NJK

(Related case: 2:18-cv-02296-KJD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Respondent against Petitioner. Defendant is DENIED a Certificate of Appealability.

November 16, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk